IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION - AKRON

| | ) | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| CHRISTOPHER D. JANOK | ) | CASE NO.19-50681 |
| Debtor | ) | |
| | ) | JUDGE ALAN M. KOSCHIK |
| | ) | |
| | ) | **NOTICE OF APPEARANCE AND REQUEST** |
| | ) | **FOR SERVICE OF PAPERS** |
| | ) | |

Please take notice that Edward A. Bailey of Reimer Law Co., hereby enters his appearance as attorney for M&T BANK, in the above proceeding and pursuant to Bankruptcy Rule 2002, requests that his name be added to the mailing list maintained by the Clerk in the above case and all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served on the following:

REIMER LAW CO.
Edward A. Bailey, ESQ.
30455 SOLON ROAD
SOLON, OHIO  44139

Please take further notice that the foregoing request includes notices and papers referred to in rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answer and reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or

informal, whether written or oral, and whether transmitted or conveyed by mail, deliver, telephone, or otherwise.

Date: April 24, 2019

/s/ Edward A. Bailey
Reimer Law Co.
Edward A. Bailey #0068073
Richard J. LaCivita #0072368
Cynthia A. Jeffrey #0062718
30455 Solon Road
Solon, Ohio 44139
Phone No. 440-600-5500
Fax No. 440-600-5521
ebailey@reimerlaw.com

CERTIFICATE OF SERVICE

I certify that on April 24, 2019, a true and correct copy of the Notice was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

1. Office of the U.S. Trustee at (Registered address)@usdoj.gov

2. Keith Rucinski on behalf of the Chapter 13 Trustee's office
   krucinski@ch13akron.com

3. David Mucklow, Esq. on behalf of Christopher D. Janok, Debtor
   davidamucklow@yahoo.com

And by regular U.S. mail, postage prepaid, to:

4. Christopher D. Janok, Debtor
   1233 Nola Avenue
   Barberton, OH 44203

5. Summit County Treasurer's Office
   Ohio Building - 175 S. Main Street
   Suite 320
   Akron, Ohio 44308

6. Robyn Janok
   1233 Nola Avenue
   Barberton, OH 44203

/s/ Edward A. Bailey
Reimer Law Co.
Edward A. Bailey #0068073
Richard J. LaCivita #0072368
Cynthia A. Jeffrey #0062718
30455 Solon Road
Solon, Ohio 44139
Phone No. 440-600-5500
Fax No. 440-600-5521
ebailey@reimerlaw.com