THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: 19-50681
Christopher D Janok )
) ALAN M. KOSCHIK
) BANKRUPTCY JUDGE
DEBTOR(S) )
) **341 MEETING OF CREDITORS**
) **CANNOT BE CONCLUDED**

    Now comes Keith L. Rucinski, the Chapter 13 Trustee, and hereby states that the 341 Meeting of Creditors has been adjourned to 07/25/2019 8:30 a.m. for the following reason(s):

| | |
|---|---|
| _____ Rescheduled by Attorney | _____ Plan is not feasible |
| _____ Budget must be ameneded | __X__ Plan must be amended |
| _____ Tax Returns Not provided | __X__ Paystubs not provided |
| _____ Financial Statements not provided | _____ Auto insurance not provided |
| _____ Homeowner's Insurance not provided | _____ Chapter 13 payment |
| _____ Means Test needs amended | _____ Pending outcome of Motion to Dismiss |

```
- NEED CURRENT PAYSTUBS FROM NEW JOB
- NEED 3 MONTHS WORTH OF BANK STATEMENTS
- NEED AMENDED SCHEDULE I & J LISTING NEW EMPLOYMENT
- NEED TREATMENT OF GREAT ESCAPE (SECURED CLAIM FILED)
```

    Failure to resolve <u>all</u> items checked by the adjourned date will result in the Trustee requesting the court to dismiss the case.

    Keith L. Rucinski, Chapter 13 Trustee
    One Cascade Plaza, Suite 2020
    Akron, OH  44308

DAVID A MUCKLOW (via ECF)

cc:    Christopher D Janok
    1233 Nola Avenue
    Barberton, OH  44203
    (via Regular Mail)

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza, Suite 2020
Akron, OH 44308
(330)762-6335
Fax (330)762-7072