Northern District Of Ohio  
455 John F. Seiberling Federal Building  
US Courthouse  
2 South Main Street  
Akron, OH 44308  
**Case No. 19−50681−amk**

**In re:**
    Christopher D. Janok  
    1233 Nola Avenue  
    Barberton, OH 44203

**Social Security No.:**
    xxx−xx−3485

**NOTICE OF HEARING**

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**  
August 8, 2019 at 2:00 p.m.  
John F. Seiberling Federal Building, 2 South Main Street, Room 260  
Akron, OH 44308

To consider and act upon the following matters:

    Objection to Confirmation of Plan re: 1233 Nola Avenue, Barberton, Ohio 44203 Filed by Creditor M&T Bank

**Dated:** July 1, 2019                                                                          For the Court  
Form ohnb187                                                                  Josiah C. Sell (Acting), Clerk