# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | : | Case Number: 19-50681 |
| Christopher D. Janok, | : | Chapter 13 |
| Debtor(s). | : | Judge Alan M. Koschik |

## RESPONSE TO OBJECTION OF M&T BANK

**Now comes** the Debtor, Christopher D. Janok by and through his attorney, David A. Mucklow and states the following in Response to M&T Bank the objection to the Debtor's Chapter 13 Plan:

1. The Debtor intends to amend the Chapter 13 plan to cure the mortgage arrearages in full owed to M&T Bank. The Debtor requests time to amend the Chapter 13 plan.

Wherefore, the Debtor prays for an Order denying the Objection to Confirmation of the Chapter 13 plan.

Respectfully Submitted by:

/s/ David A. Mucklow
DAVID A. MUCKLOW (#0072875)
919 E. Turkeyfoot Lake Road, Suite B
Akron, OH 44312
Telephone: (330) 896-8190
Fax: (330) 896-8201
davidamucklow@yahoo.com

## **CERTIFICATE OF SERVICE**

    I certify that on or about 5th day of August, 2019 that a true and correct copy of the foregoing was sent electronically via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

    Edward A. Bailey    ebailey@reimerlaw.com

    Keith Rucinski, Trustee    efilings@ch13akron.com

    United States Trustee    (Registered address)@usdoj.gov

    I certify on or about 5th day of August, 2019 that a true and correct copy of the foregoing was sent via U.S. regular postage prepaid or certified mail to the persons listed below.

    Christopher D. Janok
    1233 Nola Avenue
    Barberton, OH 44203

    /s/ David A. Mucklow_____
    DAVID A. MUCKLOW, (#0072875)