THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: 19-50681
Christopher D Janok )
) ALAN M. KOSCHIK
) BANKRUPTCY JUDGE
DEBTOR(S) )
) **341 MEETING OF CREDITORS HAS**
) **BEEN CONCLUDED**

---

    Now comes Keith L. Rucinski, the Chapter 13 Trustee, and hereby states that the 341 Meeting of Creditors has been concluded.

Keith L. Rucinski
Chapter 13 Trustee
Akron, OH 44308

**CHAPTER 13**
Keith L. Rucinski
Trustee
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072

DAVID A MUCKLOW (via ECF)

cc: Christopher D Janok
1233 Nola Avenue
Barberton, OH 44203