UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | : | Case Number: 19-50681 |
| | : | |
| Christopher D. Janok, | : | Chapter 13 |
| | : | |
| Debtor(s). | : | Judge Alan M. Koschik |

## RESPONSE TO MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY OF M&T BANK

**Now comes** Christopher D. Janok, the Debtor by and through his attorney, David A. Mucklow and states the following in response to M&T Bank for Relief from Stay and Co-Debtor Stay:

The Debtor does not oppose this motion and asks that the order is consistent with the Trustee's recommendations as follows: The Creditor shall have 60 days from the date the property is liquidated or one year from the date of the order for relief, whichever comes first, to file a deficiency claim and have said deficiency claim paid as an unsecured claim in accordance with the plan. If the Creditor fails to file a deficiency claim by the deadline, the Creditor may not file a deficiency claim without obtaining court permission.

Respectfully Submitted by:

/s/ David A. Mucklow
DAVID A. MUCKLOW (#0072875)
919 E. Turkeyfoot Lake Road, Suite B
Akron, OH 44312
Telephone: (330) 896-8190
Fax: (330) 896-8201
davidamucklow@yahoo.com

# CERTIFICATE OF SERVICE

I certify that on or about 4th day of December, 2019 that a true and correct copy of the foregoing was sent electronically via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

    Richard J. LaCivita    rlacivita@reimerlaw.com

    Keith Rucinski, Trustee    efilings@ch13akron.com

    United States Trustee    (Registered address)@usdoj.gov

I certify on or about 4th day of December, 2019 that a true and correct copy of the foregoing was sent via U.S. regular postage prepaid or certified mail to the persons listed below.

    Christopher D. Janok
    1233 Nola Avenue
    Barberton, OH 44203

                              /s/ David A. Mucklow_____
                              DAVID A. MUCKLOW, (#0072875)