# THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

IN RE: Christopher D Janok

CHAPTER 13
CASE NO: 19-50681

Debtor

**TRUSTEE'S INTENT TO PAY CLAIMS AS OF 03/11/2020**

| CLAIM # | CLASS | NAME OF THE CLAIMANTS | SCHEDULED | FILED | TO BE PAID | PAY % |
|---------|-------|-----------------------|-----------|-------|------------|-------|
| 06-1 | Secured | WELLS FARGO BANK NA<br>GREAT ESCAPE<br>PER SEC 3.2 | 1,185.00 | 1,185.00 | 1,185.00<br>Interest Rate<br>7.5000% | 100.0000% |
| 12-1 | Secured | M&T BANK<br>1233 NOLA<br>PER SEC 3.5<br>RL GR 2/4/2020-1 YEAR TO FILE DEF CLAIM | 5,574.00 | None | None | 100.0000% |
| 08-1 | Priority | ATTORNEY GENERAL OF OHIO<br>2015 TAX | 1,402.58 | 165.94 | 165.94 | 100.0000% |
| 09-1 | Priority | INTERNAL REVENUE SERVICE<br>16-18 TAX | 7,680.88 | 7,337.53 | 7,337.53 | 100.0000% |
| 13-1 | Priority | ROBYN JANOK | 2,828.00 | 628.95 | 628.95 | 100.0000% |
| 01-1 | Unsecured | DEPARTMENT OF EDUCATION MOHELA | 29,395.00 | 29,510.34 | 2,116.48 | 7.1720% |
| 02-1 | Unsecured | MICHAEL J MORAN ESQ | 2,487.50 | 2,487.50 | 178.40 | 7.1720% |
| 03-1 | Unsecured | T MOBILE USA INC | 622.00 | 554.28 | 39.75 | 7.1720% |
| 04-1 | Unsecured | JOHN C COLLINS | 276.50 | 2,926.50 | 209.89 | 7.1720% |
| 05-1 | Unsecured | ALLY BANK<br>2016 JEEP WRANGLER LEASE DEF | 5,537.00 | 5,537.19 | 397.13 | 7.1720% |
| 06-1 | Unsecured | WELLS FARGO BANK NA<br>GREAT ESCAPE<br>PER SEC 3.2 | None | 2,086.19 | 149.62 | 7.1720% |
| 07-1 | Unsecured | QUANTUM3 GROUP LLC AS AGENT FOR<br>FIRST NATIONAL BANK OF OMAHA | 17,262.00 | 17,262.83 | 1,238.09 | 7.1720% |
| 08-1 | Unsecured | ATTORNEY GENERAL OF OHIO<br>2015 TAX | None | 179.48 | 12.87 | 7.1720% |
| 09-1 | Unsecured | INTERNAL REVENUE SERVICE<br>16-18 TAX | None | 2,176.84 | 156.12 | 7.1720% |
| 10-1 | Unsecured | PORTFOLIO RECOVERY ASSOCIATES LLC<br>US BANK | 6,953.00 | 6,853.10 | 491.50 | 7.1720% |

19-50681-amk    Doc 67    FILED 03/11/20    ENTERED 03/11/20 16:02:58    Page 1 of 2

| CLAIM # | CLASS | NAME OF THE CLAIMANTS | SCHEDULED | FILED | TO BE PAID | PAY % |
|---|---|---|---|---|---|---|
| 11-1 | Unsecured | ATLAS ACQUISITIONS LLC<br>JARED<br>PER SEC 3.4 & 3.5 | None | 4,029.28 | 288.98 | 7.1720% |
| 13-1 | Unsecured | ROBYN JANOK | None | 6,103.00 | 437.71 | 7.1720% |
| | Unsecured | AMERICAN FAMILY INSURANCE | 40.33 | None | None | 100.0000% |
| | Unsecured | BENCIN DISPOSAL SERVICES<br>Roadmaster Drivers School | None | None | None | 100.0000% |
| | Unsecured | FIDELITY COLLECTIONS<br>Medical Community Care of Barberton | 102.00 | None | None | 100.0000% |
| | Unsecured | GEICO INSURANCE | 77.81 | None | None | 100.0000% |
| | Unsecured | TRANSWORLD SYSTEMS INC<br>Pioneer Physicians Network | 1,000.01 | None | None | 100.0000% |
| | Unsecured | UNIFUND CCR PARTNERS<br>FNB of Omaha | 4,247.00 | None | None | 100.0000% |
| | Attorney Fee | DAVID A MUCKLOW | 1,400.00 | 1,400.00 | 1,400.00 | 100.0000% |
| | Other Attorney | DAVID A MUCKLOW | None | 1,600.00 | 1,600.00 | 100.0000% |
| | Debtor Refund | Christopher D Janok | None | None | None | 100.0000% |

<u>NOTICE</u>

Absent an objection or court order, the Trustee shall pay proofs of claims as filed pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3001(F). If the Debtor(s) have an objection to paying a claim as filed they should immediately contact their attorney to discuss if an objection can be filed to the claim.

> Keith L. Rucinski
> Chapter 13 Trustee
> One Cascade Plaza, Suite 2020
> Akron, OH  44308

A copy of the foregoing Trustee's Intent to Pay Claims was served electronically thru ECF on the debtor's attorney and either by regular U.S. mail upon the debtor(s), or via email upon the debtor(s) with written permission provided to the Trustee.

Christopher D Janok
1233 Nola Avenue
Barberton, OH  44203

DAVID A MUCKLOW
919 E TURKEYFOOT LAKE ROAD #B
AKRON, OH  44312